REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-
AUG 27 2025
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:25-CR-51 |
| | ) | Violations: |
| | ) | 18 U.S.C. § 922(a)(6); |
| TYRELL DASHAUN DAVIS | ) | 18 U.S.C. § 922(g)(8) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 9, 2025, in the Northern District of Indiana,

TYRELL DASHAUN DAVIS,

defendant herein, in connection with the attempted acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed firearms dealer as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and falsely represented that he was not subject to a court order restraining him

from harassing, stalking, or threatening his child or intimate partner, or child of such partner.

All in violation of 18 U.S.C. § 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about August 8, 2025, in the Northern District of Indiana,

TYRELL DASHAUN DAVIS,

defendant herein, knowing he was subject to a court order issued by the Allen County Superior Court in Case Number 02D04-2501-CM-000342 on or about January 29, 2025, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, and threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use, and threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, did knowingly possess in and affecting interstate commerce, a firearm, said firearm having been shipped and transported in interstate commerce.

All in violation of 18 U.S.C. § 922(g)(8).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>

On or about August 22, 2025, in the Northern District of Indiana,

TYRELL DASHAUN DAVIS,

defendant herein, in connection with the attempted acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and falsely represented that he had not been convicted in any court of a misdemeanor crime of domestic violence.

All in violation of 18 U.S.C. § 922(a)(6).

## FORFEITURE ALLEGATION

The allegations contained Counts 1, 2, and 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of any offense alleged Counts 1, 2, and 3 of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of the offense.

A TRUE BILL

/s/ Foreperson
Foreperson

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By: /s/ Justin C. Sheridan
Justin C. Sheridan
Assistant United States Attorney